RICHARD D. SCHRAMM
AMY CARLSON
Employment Rights Attorneys LLP
1500 E. Hamilton Ave., Suite 118
Campbell, CA 95008
Telephone: (408) 796-7551
Fax: (408) 796-7368
acarlson@eralawyers.com
rschramm@eralawyers.com

Attorneys for Plaintiff
DANIEL ROMO

IAN P. FELLERMAN (State Bar No. 119725)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
Telephone: (510) 337-2810
Facsimile: (510) 337-2811

Attorneys for Defendant
MEDIANEWS GROUP, INC. DBA DIGITAL FIRST MEDIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DANIEL ROMO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MEDIA NEWS GROUP, DIGITAL FIRST MEDIA,<br><br>　　　　　Defendants. | Case No.: C 15-02674 EJD<br><br>**STIPULATION FOR DISMISSAL OF ACTION; AND [PROPOSED] ORDER** |


IT IS HEREBY STIPULATED and agreed by Plaintiff Daniel Romo and Defendant MediaNews Group, Inc. dba Digital First Media, through their respective counsel of record, that the Complaint in this action shall be dismissed with prejudice, pursuant to the settlement agreement between the parties.

EMPLOYMENT RIGHTS ATTORNEYS LLP

Date: January 18, 2016    By:    /s/ Richard D. Schramm
                                 RICHARD D. SCHRAMM
                                 AMY CARLSON
                                 Attorneys for Plaintiff
                                 DANIEL ROMO

WILEY PRICE & RADULOVICH, LLP

Date: January 18, 2016    By:    /s/ Ian P. Fellerman
                                 IAN P. FELLERMAN
                                 Attorneys for Defendant
                                 MEDIANEWS GROUP, INC. dba DIGITAL FIRST MEDIA

## ORDER

Pursuant to the Stipulation of the parties, IT IS ORDERED that Plaintiff's Complaint in this action is hereby dismissed with prejudice.

The Clerk shall close this file.

Dated: 1/27/2016

Edward J. Davila
United States District Judge